BENJAMIN B. WAGNER
United States Attorney
PHILLIP A. TALBERT
First Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO.  2:04-CR-379 MCE |
| | ) |
| v. | ) ORDER RE GOVERNMENT'S REQUEST TO |
| | ) DISMISS THE CASE AS TO DEFENDANT |
| GILBERTO DE LA CRUZ, | ) GILBERTO DE LA CRUZ |
| | ) |
| Defendant. | ) |
| | ) |

The government's request to have the case against defendant Gilberto De La Cruz dismissed is GRANTED.  The case against defendant Gilberto De La Cruz is dismissed and the warrant is withdrawn.

IT IS SO ORDERED.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT